THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HENRY BRISBON *et al.,* Defendants-Appellants.

(No. 74-250; )

Third District—March 18, 1975.

PER CURIAM.

James Geis, of State Appellate Defender's Office, of Ottawa, for appellants.

Edward P. Drolet, State's Attorney, of Kankakee, for the People.

*In re* CONSERVATORSHIP OF JOHN W. MCHARRY, JR., an Incompetent.— (KEN W. BRAENDLE, Conservator of the person of John W. McHarry, Jr., an Incompetent *et al.,* Petitioners-Appellees, *v.* JOHN W. MC-HARRY, M.D. *et al.,* Respondents-Appellants.)

(No. 12230; )

Fourth District—March 20, 1975.